**Paul L. REGISTER; Patricia Register,**
**Plaintiffs–Appellants,**

v.

**FLAGSTAR BANK, FSB; Equiplus,**
**Incorporated, Defendants–**
**Appellees,**

and

**North Sun Housing and Development,**
**Incorporated, a/k/a GNP Investments,**
**a/k/a GNP Investment, Incorporated;**
**Option One Mortgage Corporation,**
**Defendants.**

No. 05–2262.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 16, 2006.

Decided Oct. 12, 2006.

William Lee Davis, III, Lumberton, North Carolina, for Appellants. Michael T. Medford, Manning, Fulton & Skinner, Raleigh, North Carolina; Brenton D. Adams, Dunn, North Carolina, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul L. Register and Patricia Register appeal the district court's order and judgment granting summary judgment to Flagstar Bank, FSB, and Equiplus, Incorporated, and dismissing their complaint. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *See Register v. Flagstar Bank,* No. CA–04–68–FL (E.D.N.C. Sept. 2, 2005). Insofar as the Registers raise issues on appeal that were not raised in the district court, this court will not review such issues. *Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*